

500 Summit Lake Drive
Suite 400
Valhalla, NY 10595-1340
Phone: (914) 347-3440 x.13501
Fax: (914) 347-1973

October 17, 2013

Clerk, US Bankruptcy Court
**District of Kansas (Kansas City)**

**WITHDRAWAL OF PROOF OF CLAIM**

Re: **Mitchell L Kelley**
Case Number: **#: 13-21265**

To the Clerk of the Court,

Please be advised that this letter is the written request from Cavalry Portfolio Services, LLC to withdraw claim # 1, claim amount $24,050.83 date May 28, 2013.
If you have any questions, please contact Cavalry Portfolio Services, LLC at 1-800-724-1757.
Respectfully,


/s/ Tracyan Frame
Bankruptcy Specialist
Cavalry Portfolio Services, LLC

TF: tf


*Trustee*
**William H Griffin**
6330 Lamar, Suite 110
Overland Park, KS 66202
913-677-1311


**Jonathan C Becker**
3120 Mesa Way Suite B
Lawrence, KS 66049-4203
(785)842-0900