# United States Bankruptcy Court
## District of Kansas

| In re | Nancy Kelley | | Case No. | 13-21265 |
| | Mitchell Kelley   Debtor(s) | | Chapter | 13 |

**Mitchell Kelley,**
      **Debtor**

    **-vs.-**　　　　　　　　　　　　　　　　　　**Contested Matter**

**Cavalry Portfolio Services SPV I,**
      **Creditor**

## MOTION TO STRIKE PROOF OF CLAIM NO. 1 OF CAVALRY PORTFOLIO SERVICES SPV I

**COMES NOW** Debtor by and through Jonathan C. Becker, and moves the Court to strike the claim of the creditor. In support hereof, Debtor states and alleges as follows:

1. Debtor filed a joint petition (Doc. 1) on May 20, 2013 pursuant to 11 USC §§201, 302, and 1301 et seq.

2. This Court has jurisdiction under 28 USC § 157(b)(2)(A) as this is a core proceeding regarding matters concerning the administration of the estate. In the event the court determines this is not a core proceeding, the Debtor consents to the Court making findings of fact and conclusions of law and submitting them to the United States District Court for the District of Kansas. In the event that this matter is converted from a contested matter to an adversary proceeding, Debtor consents to this court entering a final judgment if found to be a core proceeding or if not found to be a core proceeding, then the entry of findings of fact and conclusions of law to be submitted to the United States District Court for the District of Kansas.

3. Creditor filed Proof of Claim No. 1 on May 28, 2013 for $24,050.83 as a general unsecured claim with the signature of Roneshia Russell, a Bankruptcy Specialist.

4. Debtor filed an objection to Proof of Claim No.1 (Doc. 37) on September 10, 2013.

5. Debtor's filing of an objection to Proof of Claim No. 1 created a Contested Matter, subject to F.Bky.R.Civ.P. 9014, which includes F.Bky.R.Civ.P. 7041, which adopts F.R.Civ.P. 41.

6. On information and belief, the objection to Proof of Claim No. 1 (Doc. 37) was filed upon the fact the underlying debt claimed by Creditor had been discharged previously in a bankruptcy, In re Kelley, Case No. 09-23572-7-dls, filed October 23, 20109 and discharged on February 2, 2010. See 11 USC 502(b)(1).

7. The matter was set for hearing with an objection deadline of October 1, 2013 and a hearing to be held on October 22, 2013.

8. On October 17, Creditor then unilaterally and in violation of F.Bky.R.Civ.P. 9014, F.Bky.R.Civ.P. 7041, and F.R.Civ.P. 41, then withdrew its claim (Doc. 45).

9. Tracyan Frame, Bankruptcy Specialist, signed the withdrawal of the Proof of Claim (Doc 45).

10. On information and belief, neither Roneshia Russell nor Tracyan Frame claim to be attorneys, yet they practice law without a license in Kansas in making the following determinations:

a. Filing a Proof of Claim for a discharged debt;

b. Withdrawing a Proof of Claim subject to a contested matter after the deadline for a response has passed without court order allowing a response out of time.

c. Withdrawing a Proof of Claim without Debtor/Plaintiff's consent in violation of F.R.Civ.P. 41(a)(1)

d. Withdrawing a Proof of Claim without a Court order in violation of F.R.Civ.P. 41(a)(2).

11. Said actions of the Creditor have burdened the court core proceeding in claims administration in both this case and in Case No. 09-23572.

**WHEREFORE** Debtor moves the court to strike Proof of Claim No. 1, and condition its Order Striking Proof of Claim No. 1 on terms that the court considers proper and such other relief the court deems just and equitable.

                    JONATHAN C. BECKER,
                    ATTORNEY AT LAW, P.A.


By: /s/ Jonathan C. Becker_____
    Jonathan C. Becker, #13983
    3120 Mesa Way, Suite B
    Lawrence, KS 66049-4203
    785/842-0900
    785/371-0952 (fax)
    jayhawkattorney@gmail.com
    **Attorney for Debtor**

## CERTIFICATE OF MAILING

I hereby certify that on this 15 June 2014 a true and correct copy of the above and foregoing was electronically filed with the Court using the CM/ECF System, which sent notification to all parties of interest participating in the CM/ECF system.

Additionally, I deposited in the U.S. Mail, postage prepaid, a true and correct copy of the above and foregoing to Calvary Portfolio Services SPV I, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595 and to Calvary Portfolio Services, LLC, 112 S.W. Seventh St. Ste, 3C, Topeka, KS 66603 on this 15 June 2014.

/s/ Jonathan C. Becker_____
Jonathan C. Becker